CHARLES G. SMITH, State Bar No. 116242
  charlie@CharlesGSmithLaw.com
LAW OFFICES OF CHARLES G. SMITH, APC
15303 Ventura Boulevard, Suite 1650
Sherman Oaks, California 91403-6620
Telephone: 310-401-1370
Facsimile: 818-382-3433

Attorneys for Defendant Noël Andrews

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHILIP SMITH, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RYAN COMPTON, an individual; NOEL ANDREWS, an individual; MONA VOGEL, an individual; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-08439 MWF (PLAx)<br><br>*[Assigned for all purposes to Hon. Michael W. Fitzgerald]*<br><br>**DEFENDANT NOËL ANDREWS'S NOTICE OF SPECIAL MOTION AND SPECIAL MOTION TO STRIKE THE FIRST AMENDED COMPLAINT PER FED. R. CIV. P. 12(b)(6) AND CCP § 425.16 & REQUEST FOR SANCTIONS**<br><br>Date:　　January 23, 2023<br>Time:　　10:00 a.m.<br>Crtrm.:　 5A<br><br>[Memorandum of Points and Authorities in Support, Declaration of Charles G. Smith, Declaration of Noël Andrews, and Proposed Order filed concurrently therewith] |

**NOTICE OF MOTION AND MOTION/RELIEF SOUGHT:**

**PLEASE TAKE NOTICE** that on January 23, 2023 at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Michael W. Fitzgerald, Judge Presiding, in Courtroom 5A in the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, CA 90012, Defendant Noël Andrews ("Andrews") will and hereby does move the Court,

pursuant to Federal Rule of Civil Procedure 12(b)(6), for a Special Motion To Strike in accordance with California Code of Civil Procedure ("CCP") § 425.16, dismissing the first, second, third, fourth, fifth, sixth, eleventh, twelfth, thirteenth, and fourteenth claims in Plaintiff Philip Smith's ("Plaintiff's") complaint for failure to state a claim.

Dismissing the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is warranted because, in accordance with CCP § 425.16:  (i) Plaintiff's alleged factual basis for the claims at issue constitute protected activity; (ii) Plaintiff cannot prevail on the merits of the claims as pled; and (iii) Plaintiff's allegations are brought primarily to chill the valid exercise of Andrews's constitutional right to free speech.

**PLEASE TAKE FURTHER NOTICE** that Andrews respectfully requests to recover her reasonable attorneys' fees and costs from Plaintiff in the amount of $8,125.00.  This Motion is made pursuant to CCP § 425.16, and is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Charles G. Smith, the Declaration of Noël Andrews, the exhibits attached to the declarations as well as all documents on file in this action, and upon such other evidence and oral argument as may be presented to the Court at the time of the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on November 22, 2022.

Counsel for Smith stated that Smith would oppose this motion.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

For the reasons stated above and as described more fully in the accompanying memorandum, Andrews respectfully requests that this Court grant Andrews's special motion to strike.

DATED: December 9, 2022

Respectfully submitted,

LAW OFFICES OF CHARLES G. SMITH, APC

By: _____
Charles G. Smith
Attorneys for Defendant Noël Andrews

3

Case No. 2:22-cv-08439 MWF (PLAx)
DEFENDANT NOËL ANDREWS'S NTC. OF SPECIAL MTN. & SPECIAL MOTION TO STRIKE THE FIRST AMENDED COMPLAINT PER FED. R. CIV. P. 12(b)(6) AND CCP § 425.16 & REQ. FOR SANCTIONS

# PROOF OF SERVICE

*Philip Smith v. Ryan Compton, et al.,* **United States District Court, Central District of California, Western Division**
**2:22-cv-08439 MWF (PLAx)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 15303 Ventura Boulevard, Suite 1650, Sherman Oaks, CA 91403-6620.

On December 9, 2022, I served true copies of the following document(s) described as **DEFENDANT NOËL ANDREWS'S NOTICE OF SPECIAL MOTION AND SPECIAL MOTION TO STRIKE THE FIRST AMENDED COMPLAINT PER FED. R. CIV. P. 12(b)(6) AND CCP § 425.16 & REQUEST FOR SANCTIONS** on the interested parties in this action as follows:

Daniel A. Crawford                             Attorneys for Plaintiff Philip Smith
Roza Crawford
CRAWFORD LAW GROUP
15303 Ventura Boulevard, 9th Floor
Sherman Oaks, CA 91403
Telephone: (818) 935-6568
dac@crawfordlawgroup.com
rc@crawfordlawgroup.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 9, 2022, at Northridge, California.

*/s/ Charles G. Smith*
Charles G. Smith

Case No. 2:22-cv-08439 MWF (PLAx)
DEFENDANT NOËL ANDREWS'S NTC. OF SPECIAL MTN. & SPECIAL MOTION TO STRIKE THE FIRST AMENDED COMPLAINT PER FED. R. CIV. P. 12(b)(6) AND CCP § 425.16 & REQ. FOR SANCTIONS