Daniel A. Crawford (Cal. Bar No. 187807)
Roza Crawford (Cal. Bar No. 222380)
CRAWFORD LAW GROUP
15303 Ventura Blvd., 9th Floor
Sherman Oaks, California 91403
Tel: (818) 935-6568
dac@crawfordlawgroup.com

Attorneys for Plaintiff
PHILIP SMITH

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP SMITH, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RYAN COMPTON, an individual;<br>NOEL ANDREWS, an individual;<br>MONA VOGEL, an individual; and<br>DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:22-cv-08439-MWF-PLA<br><br>**PLAINTIFF'S OBJECTIONS TO EVIDENCE SUBMITTED BY DEFENDANT NOEL ANDREWS IN SUPPORT OF MOTION TO STRIKE (ANTI-SLAPP)**<br><br>Hearing Date: January 23, 2023<br>Time: 10:00 AM<br>Courtroom: 5A |

　　　Plaintiff PHILIP SMITH hereby objects to the following evidence presented by Defendant NOEL ANDREWS in connection with her "SPECIAL MOTION TO STRIKE PURSUANT TO FED. R. CIV. P. 12(b)(6) AND CCP § 425.16" set for hearing on January 23, 2023, before this Court:

1.　　DECLARATION OF CHARLES G. SMITH ("C. Smith Declaration"), paragraph 3, page 2:8-12.  Plaintiff objects on the grounds the proffered evidence is irrelevant (FRE 401), is inadmissible hearsay (FRE 801), and its probative value is

1

1 substantially outweighed by a danger of confusing the issues, undue delay and/or wasting time (FRE 403).

2.    C. Smith Declaration, paragraph 4 in its entirety. Plaintiff objects on the grounds the proffered evidence is irrelevant (FRE 401), is inadmissible hearsay (FRE 801), and its probative value is substantially outweighed by a danger of confusing the issues, undue delay and/or wasting time (FRE 403).

3.    C. Smith Declaration, paragraph 5 in its entirety. Plaintiff objects on the grounds the proffered evidence is irrelevant (FRE 401), is inadmissible hearsay (FRE 801), and its probative value is substantially outweighed by a danger of confusing the issues, undue delay and/or wasting time (FRE 403).

4.    C. Smith Declaration, paragraph 6 in its entirety. Plaintiff objects on the grounds the proffered evidence purports to summarize the contents of documents (FRE 1002).

5.    C. Smith Declaration, paragraph 7 in its entirety. Plaintiff objects on the grounds the proffered evidence purports to summarize the contents of documents (FRE 1002).

6.    C. Smith Declaration, paragraph 8 in its entirety. Plaintiff objects on the grounds the proffered evidence is irrelevant (FRE 401), is inadmissible hearsay (FRE 801), and its probative value is substantially outweighed by a danger of confusing the issues, undue delay and/or wasting time (FRE 403).

**PLAINTIFF'S OBJECTIONS TO EVIDENCE SUBMITTED BY DEFENDANT NOEL ANDREWS IN SUPPORT OF MOTION TO DISMISS (ANTI-SLAPP)**

7.   C. Smith Declaration, paragraph 9 in its entirety.  Plaintiff objects on the grounds the proffered evidence is irrelevant (FRE 401), is inadmissible hearsay (FRE 801), and its probative value is substantially outweighed by a danger of confusing the issues, undue delay and/or wasting time (FRE 403).

8.   C. Smith Declaration, Exhibit B.  Plaintiff objects on the grounds the proffered evidence is irrelevant (FRE 401), is inadmissible hearsay (FRE 801), and its probative value is substantially outweighed by a danger of confusing the issues, undue delay and/or wasting time (FRE 403).

9.   C. Smith Declaration, Exhibit C.  Plaintiff objects on the grounds the proffered evidence is irrelevant (FRE 401), is inadmissible hearsay (FRE 801), and its probative value is substantially outweighed by a danger of confusing the issues, undue delay and/or wasting time (FRE 403).

10.   C. Smith Declaration, Exhibit D.  Plaintiff objects on the grounds the proffered evidence is irrelevant (FRE 401), is inadmissible hearsay (FRE 801), and its probative value is substantially outweighed by a danger of confusing the issues, undue delay and/or wasting time (FRE 403).

11.   C. Smith Declaration, Exhibit E.  Plaintiff objects on the grounds the proffered evidence is irrelevant (FRE 401), is inadmissible hearsay (FRE 801), and its probative value is substantially outweighed by a danger of confusing the issues, undue delay and/or wasting time (FRE 403).

12.   C. Smith Declaration, Exhibit F.  Plaintiff objects on the grounds the proffered evidence is irrelevant (FRE 401), is inadmissible hearsay (FRE 801), and its probative

1 value is substantially outweighed by a danger of confusing the issues, undue delay
2 and/or wasting time (FRE 403).

3

4 13. C. Smith Declaration, Exhibit G, at page 36:8 – 37:10. Plaintiff objects on the
5 grounds the proffered evidence, testimony elicited from Plaintiff, lacks foundation and
6 is speculative (FRE 602), and is inadmissible hearsay (FRE 801).

9 Plaintiff will respectfully request the Court at the hearing on the motion to
10 sustain the above objections and to strike the evidence referred to above.

12 Dated: January 4, 2023                                CRAWFORD LAW GROUP

                                                        *[signature: Daniel G. Crawford]*

                                                        _____
                                                        DANIEL A. CRAWFORD,
                                                        Attorney for Plaintiff,
                                                        PHILIP SMITH

4

**PLAINTIFF'S OBJECTIONS TO EVIDENCE SUBMITTED BY DEFENDANT NOEL ANDREWS IN SUPPORT OF MOTION TO DISMISS (ANTI-SLAPP)**