# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHILIP SMITH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN COMPTON, an individual; NOEL ANDREWS, an individual; MONA VOGEL, an individual; MEGHAN HALL, an individual; LAURA WEVILL, an individual; ALYSSA RITCHIE, an individual; BARBARA FREUND, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:22-cv-08439-MWF-BFMx<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Trial:    July 21, 2026 |
| BARBARA FREUND, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>PHILIP SMITH, an individual,<br><br>Counterdefendant. | |

57246323.1 728767-00800

ORDER RE STIPULATED PROTECTIVE ORDER

Having considered the papers, the finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

DATED:    March 10, 2026

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE